Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA  92614
Telephone:  (949) 417-0999
Facsimile:   (949) 417-5394
Email:  jeffrey.gerardo@kutakrock.com
Email:  steven.dailey@kutakrock.com

Attorneys for Defendants U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-IM1 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TROY A. YOUNG, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee for the Holders of Bear Stearns Asset Backed Securities I Trust 2006-IM1, an unknown business entity, NDEx WEST, LLC, a Delaware limited liability company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware corporation, STEPHEN C. PORTER, an individual, PATRICK DE JESUS, an individual, RIC JUAREZ, an individual, and DOES 1 – 100, inclusive,<br><br>　　　　Defendants. | Case No.  8:12-CV-00662 DOC (MLGx)<br><br>Assigned to Judge David O. Carter Department 9D<br><br><br>**JUDGMENT OF DISMISSAL**<br><br><br>**DATE FILED**: March 23, 2012 |

On September 28, 2012, the Court ordered this matter dismissed, with prejudice, as to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2006-IM1 and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ["Lender

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4837-1194-1905.1
14617-659

JUDGMENT OF DISMISSAL

Defendants'"] after Plaintiff TROY A. YOUNG failed to file an amended complaint pursuant to the Court's August 24, 2012 Order granting Lender Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. On October 5, 2012, the Court denied Plaintiff's Motion to Set Aside Dismissal.

Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is dismissed, with prejudice, as to Lender Defendants, and each them, and that a Judgment of Dismissal be entered in favor of Lender Defendants and against Plaintiff. Based on said judgment, Plaintiff shall take nothing by way of the First Amended Complaint against Lender Defendants, or either of them.

**SO ORDERED:**

Date: _November 29, 2012

_____
Honorable David O. Carter
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

KUTAK ROCK LLP

By:   /s/ Steven M. Dailey
      Jeffrey S. Gerardo
      Steven M. Dailey
      Attorneys for Defendants
      U.S. BANK NATIONAL ASSOCIATION,
      AS TRUSTEE FOR THE HOLDERS OF
      BEAR STEARNS ASSET BACKED
      SECURITIES I TRUST 2006-IM1 and
      MORTGAGE ELECTRONIC REGISTRATION
      SYSTEMS, INC

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

4837-1194-1905.1
14617-659

- 2 -

JUDGMENT OF DISMISSAL